# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

May 31, 2024

**By CM/ECF**
The Honorable Jessica G.L. Clarke
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   *United States v. Jomari Tonge,*
      24 Cr. 189 (JGLC)

Dear Judge Clarke:

I write to respectfully request a one-week extension of the pre-trial filing deadlines in the above-captioned case. Currently, the defendant's Rule 12 motions are due on May 31, 2024, the Government's response is due June 21, 2024, and any reply is due June 28, 2024.

The parties are presently engaged in plea negotiations that will affect the scope and nature of the defendant's pre-trial filings. To facilitate those discussions, the defense respectfully submits that a brief adjournment of the Rule 12 motions deadline is warranted. The Government does not object to this application.

I thank the Court for its consideration.

Respectfully Submitted,

Andrew John Dalack, Esq.
Assistant Federal Defender
(646) 315-1527

Cc:   Counsel of Record

Application GRANTED. Defendant's Rule 12 motions due **June 7, 2024,** Government's response due **June 28, 2024**, and any reply due **July 5, 2024**. The Clerk of Court is directed to terminate ECF No. 12.

SO ORDERED.

*Jessica Clarke*
Jessica G. L. Clarke
United States District Judge

Dated: May 31, 2024
       New York, New York