# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

June 18, 2024

**By CM/ECF**
The Honorable Jessica G.L. Clarke
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   *United States v. Jomari Tonge,*
      24 Cr. 189 (JGLC)

Dear Judge Clarke:

I write to respectfully request that the Court reschedule the change of plea conference in the above-captioned case, from Friday, June 21, 2024, at 11:00 a.m., to Thursday, June 27, 2024, at 11:00 a.m. The Government does not object to this application. The rescheduling is necessary to afford Mr. Tonge's immediate family the opportunity to attend Mr. Tonge's guilty plea and support him in person.

I thank the Court for considering this application.

Respectfully Submitted,

Andrew John Dalack, Esq.
Assistant Federal Defender
(646) 315-1527

Cc:   Counsel of Record

Application GRANTED. The change of plea hearing scheduled for June 21, 2024 is ADJOURNED to June 27, 2024 at 11:00 a.m. in Courtroom 11B, 500 Pearl Street, New York, New York. The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 19.

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge

Dated: June 20, 2024
       New York, New York